# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAUL ALBERTO MIRANDA LOYA,<br><br>                    Defendant. | No.  13-MJ-00231 SAB<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

The defendant having been arrested for alleged violation of the terms and conditions of supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[x]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[X]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated:    **November 4, 2013**          _____

                                        UNITED STATES MAGISTRATE JUDGE